## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeanne McNally,<br><br>                    Plaintiff,<br><br>vs.<br><br>Conrad Credit Corporation,<br><br>                    Defendant. | Civil No. 12-CV-1080 (DWF/FLN)<br><br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Conrad Credit Corporation submits this Corporate Disclosure Statement:

1. The parent companies of the corporation:

   None.

2. Subsidiaries not wholly owned by the corporation:

   There are no subsidiaries that are not wholly owned.  Conrad Credit Corporation has one wholly owned subsidiary, Approval One, Inc.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   There is no public ownership.

                                      **BASSFORD REMELE**
                                      *A Professional Association*

Dated:  7/13/12                     By:  s/Jessica L. Klander
                                                      Michael A. Klutho, MN #186302
                                                      Jessica L. Klander, MN #0392290
                                              *Attorneys for Defendant Conrad Credit Corp.*
                                              33 South Sixth Street, Suite 3800
                                              Minneapolis, Minnesota  55402-3707
                                              Telephone:  (612) 333-3000
                                              Facsimile:  (612) 333-8829
                                              mklutho@bassford.com
                                              jklander@bassford.com